IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00308-CMA-BNB

ROGER OLSON,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed the Notice of Dismissal with Prejudice (Doc. # 6) pursuant to Fed.R.Civ.P. 41(a)(1)(i) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

    DATED: March __19__, 2009

                                      BY THE COURT:

                                      *[signature]*

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge